THE RIVERDALE CEMETERY ASSOCIATION OF NIAGARA FALLS et al., Appellants, *v.* ST. MARY'S ROMAN CATHOLIC CHURCH SOCIETY OF NIAGARA FALLS et al., Respondents.

Argued June 10, 1941; decided July 29, 1941.

*Clark H. Hammond, Darvin DeMarchi* and *Edgar H. Hedley* for appellants.

*Kevin Kennedy* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.